CO-386-online
10/03

# United States District Court
# For the District of Columbia

**FILED**

MAR 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JUDICIAL WATCH, INC.      )
                          )
                          )
           Plaintiff      )   **Case: 1:07-cv-00561**
    vs                    )   **Assigned To : Lamberth, Royce C.**
                          )   **Assign. Date : 3/21/2007**
U.S. FOOD AND DRUG        )   **Description: Judicial Watch v. USDA**
ADMINISTRATION,           )
                          )
           Defendant      )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __JUDICIAL WATCH, INC.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __JUDICIAL WATCH, INC.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__429716__
BAR IDENTIFICATION NO.

__Paul J. Orfanedes__
Print Name

__501 School Street, SW, Suite 500__
Address

__Washington, DC__     __20024__
City        State       Zip Code

__(202) 646-5172__
Phone Number

