# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. ) | |
| Plaintiff, ) | Civil Action No. 1:07cv00561(RCL) |
| v. ) | |
| UNITED STATES FOOD AND DRUG ) ADMINISTRATION, ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendant.

Dated: April 23, 2007

Respectfully submitted,

/s/ Robin M. Meriweather

ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 514-7198
Robin.Meriweather2@usdoj.gov

## Certificate of Service

I hereby certify that on this 23rd day of April, 2007, I caused a copy of the foregoing Notice of Appearance to be served upon Plaintiff by the Court's Electronic Case Filing system or, should I receive notice from the ECF system indicating that electronic transmission failed, to be served by first class mail, postage prepaid addressed to:

Paul J. Orfanedes  
Judicial Watch, Inc.  
501 School Street SW  
Suite 500  
Washington, DC 20024-2754  

    /s/ Robin M. Meriweather  
Robin M. Meriweather  
D.C. Bar # 490114  
Assistant United States Attorney  
United States Attorney's Office  
555 4th St., N.W.  
Washington, D.C. 20530  
(202) 514-7198  
Robin.Meriweather2@usdoj.gov