**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC.           )<br>                                              )<br>            Plaintiff,              )<br>                                              )<br>       v.                                 )<br>                                              )<br>UNITED STATES FOOD AND DRUG )<br>ADMINISTRATION,            )<br>                                              )<br>                                              )<br>            Defendant.           )<br>                                              ) | Civil Action No.1:07CV00561(RCL) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR**
**OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant United States Food and Drug Administration, through undersigned counsel, hereby requests that the Court grant Defendant a 9-day enlargement of time to respond to Plaintiff's complaint, making Defendant's response to Plaintiff's complaint due May 4, 2007.  Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendant has conferred with counsel for Plaintiff, and Plaintiff consents to the requested extension of time.

In support of this consent motion for an extension of time, Defendant states as follows:

Plaintiff initiated this Freedom of Information Act ("FOIA") action on March 21, 2007. The United States Attorney's Office was served with a copy of Plaintiff's complaint on March 26, 2007, making April 25, 2007 the current deadline for Defendant to submit an Answer or otherwise respond to Plaintiff's complaint.

Defendant recently released documents to Plaintiff that are responsive to the FOIA

request at issue in this litigation. Defendant's release of those documents alters the position Defendant will take when responding to Plaintiff's complaint. In order to prepare an Answer or other responsive pleading, counsel for Defendant must review the released documents and consult with agency counsel concerning the relevant questions of fact and law. Counsel for Defendant needs additional time to complete those tasks and to draft Defendant's responsive pleading. The requested 9-day extension of time also will allow counsel for Defendant to honor her commitments in other cases, including preparing for an April 27, 2007 preliminary injunction hearing.

There are no pending deadlines or hearings that this extension would affect.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court GRANT Defendant's Motion for Extension of Time to File Answer Or Otherwise Respond to Plaintiff's Complaint.

Dated: April 24, 2007

Respectfully submitted,

/s/

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/

ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**Certificate of Service**

 I hereby certify that on this 24th day of April, 2007, I caused a copy of the foregoing consent motion for extension of time to be served upon Plaintiff by the Court's Electronic Case Filing system or, should I receive notice from the ECF system indicating that electronic transmission failed, to be served by first class mail, postage prepaid addressed to:

Paul J. Orfanedes  
Judicial Watch, Inc.  
501 School Street SW  
Suite 500  
Washington, DC 20024-2754

    /s/   Robin M. Meriweather  
    Robin M. Meriweather  
    D.C. Bar # 490114  
    Assistant United States Attorney  
    United States Attorney's Office  
    555 4th St., N.W.  
    Washington, D.C. 20530  
    (202) 514-7198  
    Robin.Meriweather2@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| Plaintiff, | ) | Civil Action No.1:07CV00561(RCL) |
| v. | ) | |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint, it is this ____ day of _____, 2007

ORDERED that Defendant's Consent Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint be and is hereby GRANTED.

It is further ORDERED that Defendant shall file an Answer or otherwise respond to Plaintiff's Complaint on or before May 4, 2007.

SO ORDERED.

_____
United States District Judge