**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. 1:07-561 (RCL) |
| | ) |
| UNITED STATES FOOD AND DRUG | ) |
| ADMINISTRATION, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**ORDER**

Upon consideration defendant's consent motion [4] for extension of time to file an answer

or otherwise respond to plaintiff's complaint, it is hereby

ORDERED that defendant's consent motion [4] is GRANTED; and it is further

ORDERED that defendant shall file an answer or otherwise respond to plaintiff's

complaint on or before May 4, 2007.


SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 2, 2007.