**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-561 (RCL) |
| U.S. FOOD AND DRUG ADMINISTRATION, | ) |
| Defendant. | ) |

## ERRATA

Defendant United States Food and Drug Administration, by and through undersigned counsel, hereby submits a corrected version of page 12 of Defendant's Motion to Dismiss Or, In the Alternative, for Summary Judgment (Dkt. Entry 6). Due to a malfunction in counsel's word-processing software, page 12 of Defendant's Motion to Dismiss Or, In the Alternative, for Summary Judgment (Dkt. Entry 6) did not contain the electronic signature of counsel for defendant. The corrected version of page 12 is attached as Exhibit 1 hereto.

Dated: May 4, 2007                    Respectfully submitted,

                                       /s/
                                       JEFFREY A. TAYLOR, D.C. BAR # 498610
                                       United States Attorney

                                       /s/
                                       RUDOLPH CONTRERAS, D.C. BAR #434122
                                       Assistant United States Attorney

>                              /s/
> ROBIN M. MERIWEATHER, D.C. Bar. # 490114
> Assistant United States Attorney
> 555 Fourth St., N.W.
> Washington, D.C.  20530
> Phone: (202) 514-7198
> Fax: (202) 514-8780
> Robin.Meriweather2@usdoj.gov

**Of Counsel:**

    Daniel Meron
    General Counsel

    Sheldon T. Bradshaw
    Chief Counsel
    Food and Drug Division

    Eric M. Blumberg
    Deputy Chief Counsel, Litigation

    Wendy S. Vicente
    Associate Chief Counsel
    United States Department of Health and Human Services
    Office of the General Counsel

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 4th day of May, 2007, I caused a copy of the foregoing Errata to be served upon Plaintiff by the Court's Electronic Case Filing system or, should I receive notice from the ECF system indicating that electronic transmission failed, to be served by first class mail, postage prepaid addressed to:

Paul J. Orfanedes
Judicial Watch, Inc.
501 School Street SW
Suite 500
Washington, DC 20024-2754

                                  /s/   Robin M. Meriweather
                             Robin M. Meriweather, D.C. Bar # 490114

**CONCLUSION**

For the foregoing reasons, the Court should dismiss this action, or alternatively, enter summary judgment in favor of the defendant.

Dated: May 4, 2007                                      Respectfully submitted,

                                                         /s/
                                                         JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                         United States Attorney

                                                         /s/
                                                         RUDOLPH CONTRERAS, D.C. BAR #434122
                                                         Assistant United States Attorney

                                                         /s/
                                                         ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                                         Assistant United States Attorney
                                                         555 Fourth St., N.W.
                                                         Washington, D.C.  20530
                                                         Phone: (202) 514-7198
                                                         Fax: (202) 514-8780
                                                         Robin.Meriweather2@usdoj.gov

**Of Counsel:**

   Daniel Meron
   General Counsel

   Sheldon T. Bradshaw
   Chief Counsel
   Food and Drug Division

   Eric M. Blumberg
   Deputy Chief Counsel, Litigation

   Wendy S. Vicente
   Associate Chief Counsel
   United States Department of Health and Human Services
   Office of the General Counsel