**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC.<br>501 School Street, S.W., Suite 500<br>Washington, DC 20024,<br><br>   Plaintiff,<br><br>v.<br><br>U.S. FOOD AND DRUG<br>ADMINISTRATION<br>5600 Fishers Lane<br>Rockville, MD 20857,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 07-00561 (RCL) |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Meredith L. Di Liberto of Judicial Watch, Inc. hereby enters her appearance on behalf of Plaintiff in the above-captioned matter.

                Respectfully submitted,

                JUDICIAL WATCH, INC.

                /s/Meredith L. Di Liberto
                D.C. Bar No. 487733
                Suite 500
                501 School Street, S.W.
                Washington, DC 20024
                (202) 646-5172

                Attorneys for Plaintiff