**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-00561 (RCL) |
| | ) | |
| U.S. FOOD AND DRUG | ) | |
| ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR,
IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Plaintiff, Judicial Watch, Inc. ("Judicial Watch"), respectfully submits this unopposed

motion for extension of time to file its opposition to Defendant U.S. Food and Drug

Administration's ("FDA") motion to dismiss or, in the alternative, for summary judgment.  As

grounds therefor, Plaintiff states as follows:

**MEMORANDUM OF LAW**

On August 22, 2006, Judicial Watch served a Freedom of Information Act ("FOIA")

request on the FDA for the following records concerning communications between Senator

Hillary Rodham Clinton and the FDA regarding the drug ".75 levonorgestrel," commonly known

as "Plan B."  On March 21, 2007, after receiving no response from the FDA, Judicial Watch filed

suit.  On April 6, 2007, the FDA produced approximately twenty-eight (28) pages of records to

Judicial Watch.

On May 1, 2007, the FDA filed its motion to dismiss or, in the alternative, for summary

judgment.  Judicial Watch's response is currently due on Friday, May 18, 2007.  Judicial Watch

respectfully requests an additional two (2) weeks to file its response, to and including Friday,

June 1, 2007.  Counsel for Judicial Watch submits that this additional two weeks is necessary

due to conflicting professional obligations.  Specifically, Judicial Watch is in the process of

responding to a renewed motion for summary judgment in the case of *Judicial Watch, Inc. v.*

*Department of Homeland Security*, Civil Case No. 04-01643 (RWR), which exceeds 550 pages

with exhibits.

WHEREFORE, Judicial Watch respectfully requests that the Court grant Judicial Watch

an extension of two (2) weeks, until and including Friday, June 1, 2007, in which to file its

opposition to the FDA's motion to dismiss or, in the alternative, for summary judgment.

Respectfully Submitted,

JUDICIAL WATCH, INC.

/s/  Meredith L. Di Liberto
D.C. Bar No. 487733
Paul J. Orfanedes, Esq.
D.C Bar No. 429716
Suite 500
501 School Street, S.W.
Washington, DC 20024
(202) 646-5172

Attorneys for Plaintiff

## **LOCAL RULE 7(m) CERTIFICATE OF COUNSEL**

On May 16, 2007, I contacted Robin Merriweather, Esq., counsel for Defendant FDA, by telephone, to confer and inquire whether her client would consent to the extension of time.  Ms. Merriweather stated that she consented to the extension.


/s/  Meredith L. Di Liberto

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 07-00561 (RCL) |
| | ) | |
| U.S. FOOD AND DRUG | ) | |
| ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to File its

Opposition to Defendant's Motion to Dismiss Or, In the Alternative, for Summary Judgment and

the entire record herein, it is hereby

ORDERED that:

1.    Judicial Watch's motion is granted.

2.    Judicial Watch shall submit its opposition no later than Friday, June 1, 2007.

SO ORDERED.

DATE:_____          _____
                                The Honorable Royce C. Lamberth
                                United States District Judge