UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:07-561 (RCL) |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, | ) | |
| Defendant. | ) | |

### ORDER

Upon consideration of plaintiff's unopposed motion [9] for extension of time to file its opposition to defendant's motion to dismiss or, in the alternative, for summary judgment, and the entire record herein, it is hereby

ORDERED that plaintiff's motion [9] is GRANTED; and it is further

ORDERED that plaintiff, Judicial Watch, shall submit its opposition no later than Friday, June 1, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 23, 2007.