UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. ) | |
| ) | |
| Plaintiff, ) | Civil Action No.1:07CV00561(RCL) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES FOOD AND DRUG ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant United States Food and Drug Administration, through undersigned counsel, hereby requests that the Court grant Defendant a 10-day enlargement of time to file a reply in support of Defendant's motion to dismiss and for summary judgment, making Defendant's reply due June 21, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendant has conferred with counsel for Plaintiff, and Plaintiff consents to the requested extension of time.

In support of this consent motion for an extension of time, Defendant states as follows:

Plaintiff initiated this Freedom of Information Act ("FOIA") action on March 21, 2007. Defendant filed a motion to dismiss or in the alternative for summary judgment on May 4, 2007, and argued therein that this case is moot. *See* Dkt. Entry 6. On May 30, 2007, Plaintiff filed a new complaint involving FOIA requests filed after the commencement of this action. *See* Dkt. Entry 11. Plaintiff filed an opposition to Defendant's motion June 1, 2007. Defendant's reply

currently is due June 11, 2007.

Defendant's reply must address the arguments raised in its initial motion, and also address the impact, if any, the new complaint has on those arguments. To do so, the undersigned must first investigate the facts raised in the new complaint, and research any legal and procedural issues that new complaint raises. Accordingly, counsel for Defendant will need an additional ten days to prepare that reply. The requested 10-day extension of time also will allow counsel for Defendant to honor her commitments in other cases

There are no pending deadlines or hearings that this extension would affect.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court GRANT Defendant's Motion for Extension of Time to File a Reply.

Dated: June 11, 2007                    Respectfully submitted,


       /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

       /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

       /s/   Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198  Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**Certificate of Service**

I hereby certify that on this 11th day of June, 2007, I caused a copy of the foregoing consent motion for extension of time to be served upon Plaintiff by the Court's Electronic Case Filing system or, should I receive notice from the ECF system indicating that electronic transmission failed, to be served by first class mail, postage prepaid addressed to:

Paul J. Orfanedes
Judicial Watch, Inc.
501 School Street SW
Suite 500
Washington, DC 20024-2754

      /s/ Robin M. Meriweather
Robin M. Meriweather
D.C. Bar # 490114
Assistant United States Attorney
United States Attorney's Office
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7198
Robin.Meriweather2@usdoj.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC.,  )<br>              )<br>     Plaintiff,       )<br>              )<br>     v.           )<br>              )<br>UNITED STATES FOOD AND DRUG )<br>ADMINISTRATION,        )<br>              )<br>     Defendant.        )<br>              ) | Civil Action No.1:07CV00561(RCL) |

**ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time to File Reply it is this ____ day of _____, 2007

ORDERED that Defendant's Consent Motion for Extension of Time to File Reply be and is hereby GRANTED.

It is further ORDERED that Defendant's Reply in support of its Motion to Dismiss or for Summary Judgment (Docket Entry 6) is due on or before June 21, 2007.

SO ORDERED.

_____
United States District Judge