UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br><br>    Defendant. | Civil Action No. 07-561 (RCL) |

## ORDER

After defendant filed its motion to dismiss [6], or, in the alternative, for summary judgment, plaintiff filed an Amended Complaint [11], without seeking leave of court since no responsive pleading to the original complaint had been filed.

Defendant then moved [17] to strike the Amended Complaint, arguing that plaintiff should have sought leave of court, and moreover claiming that Rule 15(d), rather than Rule 15(a), should control these circumstances, *i.e.*, that plaintiff should file a supplemental complaint – which requires leave of court – rather than an Amended Complaint.

The Court hereby GRANTS plaintiff's motion [16] to file an Amended Complaint, and the Amended Complaint docketed on May 30, 2007, shall be deemed filed this date.

Defendant shall respond to the Amended Complaint within 10 days of this date. Defendant's motion [6] to dismiss, or in the alternative for summary judgment, as to the original complaint is DENIED, without prejudice to renewal as appropriate in a dispositive motion that addresses the Amended Complaint.

Defendant's motion [17] to strike the Amended Complaint is DENIED as moot, as is plaintiff's motion [15] to clarify.

Defendant's motion [13] to extend time to file a reply in support of dismissal or summary judgment is also DENIED as moot.

Defendant's motion [18] to extend time to respond to the Amended Complaint is also DENIED as moot.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 6, 2007.