UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-561 (RCL) |
| ) | |
| UNITED STATES FOOD AND DRUG ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of defendant's motion [25] to dismiss, or in the alternative, for summary judgment, it is hereby

ORDERED that defendant's motion to dismiss is DENIED and the alternative motion for summary judgment is GRANTED; it is further

ORDERED that summary judgment be and is hereby entered in favor of defendant dismissing the amended complaint.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 2, 2007.